UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| DANNY W. BROWN, | ) | CASE NO. 1:12-CV-01653-GSA |
| | ) | |
| Plaintiff, | ) | **ORDER REMANDING** |
| v. | ) | **CASE** |
| | ) | |
| CAROLYN W. COLVIN,[1] | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant, | ) | |

Based upon the parties' Stipulation for Remand filed on April 30, 2013 (Doc. 14), this matter shall be remanded to the Commissioner as authorized by sentence four of 42 U.S.C. § 405(g), for further proceedings.  On remand, the Appeals Council will remand the matter to the administrative law judge (ALJ) for a new decision and further proceedings.. On remand the ALJ will:

      1) Further develop the record concerning Plaintiff's literacy and further consider Plaintiff's ability to read or write;

      2) Further evaluate the severity of  Plaintiff's mental impairments, including, but not limited to, depression, in accordance with the special technique described in 20 C F.R. § 404.1520a;

      3) As appropriate, further consider Plaintiff's residual functional capacity;

     4) As appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the asserted limitations on Plaintiff's occupational base;

     5) Update the record and consider the impact of Plaintiff's impairments in combination.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, Danny Brown, against Defendant, Carolyn W. Colvin, the Commissioner of Social Security and close this case.

IT IS SO ORDERED.

  Dated:   **May 3, 2013**                   **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin is substituted in as the Defendant in this case pursuant Rule 25(d) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 25(d).